# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WL1 | E 2184363 | Gibson | TA25 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 05 13 2024 2250 | LRS 32:352 |

Place of Offense: Louisiana Bell Richard

Offense Description: Factual Basis for Charge — HAZMAT ☐

Muffler Required

**DEFENDANT INFORMATION** Phone: [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Palazzo | Tommy | J |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| Z587563 | LA | 14 | Ford | | Gray |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 75 Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ 105 Total Collateral Due |

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.) EDWIN F. HUNTER FEDERAL COURTHOUSE

| Court Address | Date / Time |
|---|---|
| 611 Broad St<br>Lake Charles, LA 70601<br>337-531-6143 | Date: 9 / 3 / 24<br>Time: 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E2184363*

CVB SCAN 06/13/2024 11:5

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 13 May, 20 24 while exercising my duties as a law enforcement officer in the Western District of Louisiana

See Attached

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05 13 2024 — Date (mm/dd/yyyy) — Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/13/2024 11:5